IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    4:10-CR-00229-02-BRW

MARCUS CLEOPHUS DORN

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

Court convened on Thursday, February 20, 2014, for a scheduled hearing on the government's motion to revoke supervised release (Doc. No. 151). Assistant United States Attorney Edward O. Walker was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Kim Driggers. United States Probation Officer Alexa Richards was also present.

The defendant orally moved the Court to modify the current conditions of supervised release. There being no objection from the government, the Court grants the oral motion. Therefore, Mr. Dorn's conditions of supervised release are modified to include:

**The defendant shall participate, if deemed necessary by the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.**

All other conditions of supervised release imposed by this Court remain in full force and effect.

IT IS SO ORDERED this 21st day of February, 2014.

                                              /s/Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE